UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GODDAY DAUDU,
    Plaintiff,

vs.                                  CASE NO. 8:06-CIV-1320-T-17-MSS

CAMELOT COMMUNITY CARE,
INC., et al.,
    Defendants.
_____/

**ORDER**

    This cause is before the Court on the defendant's motion to dismiss for failure to engage in discovery and failure to attend deposition (Docket No. 12) and response thereto (Docket No. 15). The Court finds that the response forestalls the dismissal of this case since the plaintiff asserts that he has complied with discovery in some part or another and indicates an failure to know about the deposition. The Court, however, warns the plaintiff's counsel that his rather cavalier approach to this case will not continue to be tolerated. Counsel is still responsible for this case and the Court will not hesitate to impose sanctions if appropriate. Accordingly, it is

    **ORDERED** that the motion to dismiss for failure to engage in discovery and failure to attend deposition (Docket No. 12) be **denied** but the Court **grants** the plaintiff's request for an extension of the discovery deadline up to and including October 1, 2007, and all dispositive motions are to be filed on or before October 15, 2007. A pretrial conference and trial will be scheduled thereafter with appropriate notice. Plaintiff will fully cooperate in discovery in this case or face sanctions.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 17th day of August, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All Parties and Counsel of Record